## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| VINCENT JOSEPH ROSARBO | : | Case No.17-30192 |
| Debtor | : | |
| | : | DATE: MARCH 31, 2017 |

### NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. §1307(b)

1. On February 17, 2017, a voluntary petition under Chapter 13 of the Bankruptcy Code was filed by the above Debtor.

2. No Motion to Convert has been filed in this case.

3. The case has not been confirmed.

4. Pursuant to 11 U.S.C. Section 1307(b), the Debtor hereby files this Notice for Voluntary Dismissal of Case with this Court.

WHEREFORE, the undersigned respectfully requests that this Court grant this Notice of Dismissal.

Dated at Hamden, Connecticut this 31st day of March, 2017.

THE DEBTOR:

By: /s/ Neil Crane
Neil Crane, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233