# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 3, 2017

In re:

Vincent Joseph Rosarbo    Case Number: 17–30192 amn
              Debtor*    Chapter: 13

### ORDER GRANTING CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE

Debtor (the "Movant"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(a) (the "Motion", ECF No. 24). After notice and a hearing, *see* 11 U.S.C. § 102(1); it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED WITHOUT PREJUDICE** .

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (60) sixty days from the date of this Order.

Dated: April 3, 2017    BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court    Tel. (203) 773–2009
District of Connecticut    VCIS* (866) 222–8029
157 Church Street, 18th Floor    * Voice Case Information System
New Haven, CT 06510    http://www.ctb.uscourts.gov
     Form 113 – dcf

*For the purposes of this order, "Debtor" means "Debtors" where applicable.